443 A.2d 389

Atwood Home Builders v. Zanakis, etc.

Appeal of: Irene Straka.

Appeal of: Mamie Zanakis.

Argued April 14, 1981. Damon J. Faldowski, for Straka, appellant (at No. 698) and appellee (at No. 795); Anthony J. Seneca, for Zanakis, appellant (at No. 795) and appellee (at No. 698); W. Thomas Laffey, Jr., for Atwood, appellee.

Before CAVANAUGH, JOHNSON and SHERTZ, JJ.

The order granting summary judgment against the appellants is affirmed.

SHERTZ, J., did not participate in the consideration or decision of this case.